UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERSTATE FIRE & CASUALTY COMPANY, an Illinois corporation,<br><br>           Plaintiff,<br><br>  v.<br><br>PACIFIC EMPLOYERS INSURANCE COMPANY, a Pennsylvania corporation,<br><br>           Defendants. | Case No. EDCV 06-593-VAP(OPx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Defendant in Intervention Interstate Fire and Casualty Company shall pay Plaintiff in Intervention Republic Western Insurance Company $350,000 in damages and $52,920 in prejudgment interest. The Court orders that such judgment be entered.

Dated: January 31, 2008

                                            *Virginia A. Phillips*
                                          VIRGINIA A. PHILLIPS
                                      United States District Judge