Barbara J. Mandell, Esq. (State Bar No. 106523)
Lorne Lilienthal, Esq. (State Bar No. 182251)
**MICHELMAN & ROBINSON, LLP**
15760 Ventura Boulevard, 5th Floor
Encino, California 91436
Tel: (818) 783-5530 / Fax: (818) 783-5507
E-mail: bmandell@mrllp.com
 llilienthal@mrllp.com

Attorneys for Plaintiff in Intervention
REPUBLIC WESTERN INSURANCE COMPANY

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE

| | |
|---|---|
| INTERSTATE FIRE & CASUALTY COMPANY, an Illinois corporation,<br><br>Plaintiff,<br><br>vs.<br><br>PACIFIC EMPLOYERS INSURANCE COMPANY, a Pennsylvania corporation,<br><br>Defendant.<br><br>AND THE RELATED COMPLAINT IN INTERVENTION | Case No.: EDCV 06-0593 VAP (OPx)<br><br>[Hon. Virginia A. Phillips]<br><br>**NOTICE OF APPLICATION TO THE CLERK TO TAX COSTS**<br><br>[Bill of Costs Concurrently Lodged Herewith]<br><br>Date: February 29, 2008<br>Time: 10:00 a.m.<br>Room: 135 |

TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Judgment in this matter was entered on January 31, 2008 in favor of Plaintiff in Intervention Republic Western Insurance Company ("RWIC") and against Defendant in Intervention Interstate Fire & Casualty Company ("Interstate"). A copy of the Judgment is attached hereto as Exhibit A and is incorporated by reference.

1  PLEASE TAKE FURTHER NOTICE that on February 29, 2008, at 10:00
2  a.m. or as soon thereafter as this matter may be heard, in Room 135 of the above-
3  entitled Court located at 3470 Twelfth Street, Riverside, California 92501, RWIC
4  will apply to the Clerk to tax costs in this matter consistent with the Bill of Costs
5  lodged concurrently herewith.

7  Dated: February 11, 2008           MICHELMAN & ROBINSON, LLP

                                      By: *[signature]*
                                      Barbara J. Mandell, Esq.
                                      Lorne Lilienthal, Esq.
                                      Attorneys for Plaintiff in Intervention
                                      REPUBLIC WESTERN INSURANCE
                                      COMPANY

2

**NOTICE OF APPLICATION TO THE CLERK TO TAX COSTS**

#140343

# PROOF OF SERVICE

STATE OF CALIFORNIA )
) ss.
COUNTY OF LOS ANGELES )

I am employed in the office by a member of the bar of this Court in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 15760 Ventura Boulevard, Suite 500, Encino, California 91436.

On **February 12, 2008**, I served the foregoing document described as:

1) NOTICE OF APPLICATION TO THE CLERK TO TAX COSTS; AND
2) BILL OF COSTS

on the interested parties in this action, by placing true copies thereof enclosed in sealed envelopes addressed to the following addressees:

**Please see the attached service list.**

[X] **BY E-MAIL**: I caused the above-mentioned document to be served on the interested parties noted above by electronic email.

[X] **BY MAIL**: I caused such envelope to be deposited in the mail at Encino, California. The envelope was mailed with postage thereon fully prepaid. I am "readily familiar" with the law firm's practice of collection and processing correspondence for mailing. Under the practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Encino, California, in the ordinary course of business. I am aware that on motion of a party served, service is presumed invalid if the postal cancellation date or postage meter is more than one day after the date of deposit for mailing the affidavit.

[X] (FEDERAL) I declare that I am employed in the offices of a member of the bar of this court at whose direction the service was made.

Executed on **February 12, 2008**, at Encino, California.

Alenoosh Hovanessian

<pre>
 1
 2                                    **Service List**
 3   James P. Wagoner
     Todd W. Baxter
 4   Paul J. Whitfield
     McCormick, Barstow, Sheppard, Wayte & Carruth LLP
 5   P.O. Box 28912
     5 River Park Place East
 6   Fresno, CA 93729
     Tel. (559) 433-1300
 7   Fax (559) 433-2300
     Email: james.wagoner@mccormickbarstow.com; Todd.Baxter@mccormickbarstow.com
 8   Attorneys for Plaintiff, INTERSTATE FIRE & CASUALTY COMPANY
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
</pre>

3
**Proof of Service**
#135830

**Exhibit A**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERSTATE FIRE & CASUALTY COMPANY, an Illinois corporation,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>PACIFIC EMPLOYERS INSURANCE COMPANY, a Pennsylvania corporation,<br><br>　　　　　Defendants. | Case No. EDCV 06-593-VAP(OPx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

　　Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Defendant in Intervention Interstate Fire and Casualty Company shall pay Plaintiff in Intervention Republic Western Insurance Company $350,000 in damages and $52,920 in prejudgment interest. The Court orders that such judgment be entered.

Dated: January 31, 2008

　　　　　　　　　　　　　　　　　_Virginia A. Phillips_
　　　　　　　　　　　　　　　　　VIRGINIA A. PHILLIPS
　　　　　　　　　　　　　　　　　United States District Judge