# UNITED STATES DISTRICT COURT
## Central District of California

Interstate Fire & Casualty Company

**BILL OF COSTS**

V.

Case Number: EDCV 06-0593 VAP (OPx)

Pacific Employers Insurance Company, AND THE
RELATED COMPLAINT IN INTERVENTION

Judgment having been entered in the above entitled action on    January 31, 2008    against    Interstate Fire & Casualty Co.    ,
                                                                                                            Date

the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 0.00 |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |

Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case
(Expedited or daily transcripts require prior Court Order.)

| | |
|---|---:|
| 1.   Trial Transcripts, if requested by the Court or prepared pursuant to stipulation . . . . . . . . . . . | 0.00 |
| 2.   Deposition Transcripts (includes non-expedited transcripts, the reporter's appearance fee, fees for binding, bates stamping, non-expedited shipping & handling, processing fee, ASCII disks, production and code compliance charge, electronic transmission charge, miniscripts and witness handling charges) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 3,569.73 |

| | |
|---|---:|
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . (The costs of copies of an exhibit attached to a document necessarily filed and served.) | 1,120.00 |
| Fees for witnesses (itemize on page 2 of 3) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Fees for exemplification and copies of papers necessarily obtained for use in the case . . . . . . . . . . . . | 0.00 |
| Docket fees under 28 U.S.C. 1923 (if incurred) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 . . . . . | 0.00 |
| Other costs to be taxed pursuant to prior Court approval (please itemize) . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| **TOTAL** | **$ 4,689.73** |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

---

### DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid to:  Please see attached service list

| Signature of Attorney | Barbara J. Mandell, Esq. |
|---|---|
| | Name of Attorney |

For:    Republic Western Insurance Company          Date:    February 11, 2008
            Name of Claiming Party

Costs are taxed in the amount of _____

| | By: | | |
|---|---|---|---|
| Clerk of Court | | Deputy Clerk | Date |

# ATTACHMENT RE: ITEMIZATION OF COSTS

## Preliminary Statement

The taxation of costs lies within the trial court's discretion. *Thornberry v. Delta Airlines*, 676 F.2d 1240, 1245 (9th Cir. 1982), *remanded on other grounds*, 461 U.S. 952 (1983). Litigation-related costs are reimbursable as long as they are necessary expenses incurred in furnishing effective representation, and are not regarded by the court as overhead expenses absorbed by counsel. *In re Media Vision Tech. Sec. Lit.*, 913 F. Supp. 1362, 1372 (N.D. Cal. 1996). The standard of reasonableness is to be given a liberal interpretation. *Id.* at 1368.

1.   **Deposition Costs** – Deposition costs are taxable costs. Local Rule 54-4.6.

| Date | Description | Amount | Exhibit |
|------|-------------|--------|---------|
| 6/22/07 | Deposition transcript of David P. Farrell | $139.10 | 1-1 |
| 6/27/07 | Deposition transcript of Keith Koeller, Esq. | $240.01 | 1-2 |
| 7/19/07 | Deposition transcript of Teresa Donahoe | $1,010.18 | 1-3 |
| 7/20/07 | Deposition transcript of Andrew Slear | $ 939.67 | 1-4 |
| 8/2/07 | Deposition transcript of Todd William Baxter, Esq. | $1,240.77 | 1-5 |
| **Total** | | **$3,569.73** | |

1

#140397

2.   **Photocopies** – Photocopies of exhibits filed and served are reimbursable costs.  (Local Rule 54-4.11(a).  Costs, in general, are reimbursable as long the costs are:  (1) not normally absorbed as part of the firm's overhead; (2) necessary and incidental to effective and competent representation; and (3) not excessive.  (*In re Media Vision Tech.*, *supra*, at 1367-1368.)

| Document | Date | Exhibit | No. of Pages | Total |
|---|---|---|---|---|
| Motion for Leave to File Complaint in Intervention | 04/11/07 | A<br>B | 11<br>15 | 26 |
| Request for Judicial Notice in Support of Reply Re: Motion for Leave to File a Complaint in Intervention | 04/30/07 | A | 5 | 5 |
| Declaration of Barbara J. Mandell in Support of Reply Re: Motion for Leave to File a Complaint in Intervention | 04/30/07 | B<br>C | 16<br>4 | 20 |
| Complaint In Intervention | 05/10/07 | A<br>B<br>C<br>D | 168<br>32<br>19<br>58 | 277 |
| Ex Parte Application to Continue the Discovery Cut-Off date and Hearing | 06/18/07 | 1-18 | 188 | 188 |
| Reply Re: Ex Parte Application to Continue Discovery Cut-Off Date and MSJ | 06/29/07 | 19 | 1 | 1 |
| Evidence in Support of RWIC's Motion for Partial Summary Judgment | 07/30/07 | A-S | 406 | 406 |

**BILL OF COSTS**

#140397

| | | | | | |
|---|---|---|---|---|---|
| 1<br>2<br>3 | Supplemental Decl. of Mitch Ducey in Support of RWIC's Motion for Partial Summary Judgment as to Interstate | 08/03/07 | T | 24 | 24 |
| 4<br>5<br>6 | Supplemental Evidence (Declarations an Exhibits) In Support of RWIC's Opposition to the MSJ of Interstate | 08/15/07 | U<br>V | 8<br>1 | 9 |
| 7<br>8 | Reply Re: RWIC's Motion for Partial Summary Judgment | 08/20/08 | W | 8 | 8 |
| 9<br>10<br>11<br>12 | Declaration of Charles Norris in Support of Judgment of RWIC | 9/28/07 | A<br>B<br>C<br>D | 1<br>3<br>27<br>24 | 55 |
| 13<br>14 | Request for Judicial Notice in Support of Judgment of RWIC | 9/28/07 | E | 23 | 23 |
| 15<br>16<br>17<br>18<br>19 | Declaration of Charles Norris in Support of RWIC's Motion for Entry of Judgment | 10/29/07 | A<br>B<br>C<br>D<br>E | 1<br>3<br>27<br>24<br>23 | 78 |
| 20<br>21<br>22<br>23<br>24<br>25<br>26 | Evidence in Support of RWIC's Motion for Summary Judgment Re: Amount of Damages Owed by Interstate | 12/17/07 | 1<br>2<br>3<br>4<br>5<br>6<br>7 | 13<br>89<br>75<br>27<br>3<br>3<br>1 | 211 |
| 27<br>28 | | | | | |

**BILL OF COSTS**

#140397

| Reply Re: RWIC's Motion for Summary Judgment Re: Amount of Damages Owed by Interstate | 1/11/08 | 8 9 10 | 32 31 6 | 69 |
|---|---|---|---|---|
| Total number of pages = 1400 | | | | |
| Sub Total at $0.20 per page = $280.00 | | | | |
| 1) Sub Total at 2 copies for service to opposing counsel = $560.00 | | | | |
| 2) Sub Total at 2 copies for filing with District Court = $560.00 | | | | |
| **Total Photocopying Costs** (add numbers 1 & 2) = **$1,120.00** | | | | |

| **GRAND TOTAL FOR ALL COSTS** | **$4,689.73** |
|---|---|

**BILL OF COSTS**

#140397

**Exhibit 1**



## Central Court Reporting

1001 Fourth Avenue, Suite 3200
Seattle, WA 98154
(206) 682-5896

No. S 25555

Federal Tax No.: 91-1709691

# INVOICE

Date:       7/10/2007

Reference No.:

TO:  Mr. Lorne Lilienthal
Michelman & Robinson
15760 Ventura Boulevard, Suite 500
Encino, CA 91436

**9/19/07
2ND NOTICE**

Case:   Interstate Fire & Casualty vs. Pacific Employers Insurance Co.

| Date | Qty | | Description | Amount |
|------|-----|----|-------------|--------|
| 6/22/2007 | 34 | pgs | One copy of the deposition of David P. Farrell (E-Transcript only) | 93.50 |
| | 132 | pgs | One copy of the exhibits to above deposition | 39.60 |
| | | | Shipping | 6.00 |

PAID
SEP X X 2007

ENT'D SEP 2 4 2007    ENT'D SEP 2 4 2007

| | **Total** | **$139.10** |
|--|-----------|-------------|

Thank You

Exh ___1___  Pg. ___1___

LUDWIG KLEIN REPORTERS & VIDEO, INC.
10868 KLING STREET
TOLUCA LAKE, CA 91602
(800) 540.0681   Fax  (818) 508.6326

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 155392 | 07/18/2007 | 02-51505 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 06/27/2007 | HILLBR | EDCV060593V |

| CASE CAPTION | | |
|---|---|---|
| INTERSTATE FIRE & CASUALTY VS. PACIFIC EMPL | | |

| TERMS | | |
|---|---|---|
| Due upon receipt | | |

MITCHELL DUCEY, ESQ.
MICHELMAN & ROBINSON
15760 VENTURA BOULEVARD
SUITE 500
ENCINO, CA 91436

CERTIFIED COPY OF THE DEPOSITION OF:
    KEITH KOELLER, ESQ.                                   240.01

                                 TOTAL   DUE   >>>>        240.01

REC'D AUG 0 2 2007

ENT'D AUG 0 2 2007

THANK YOU FOR YOUR BUSINESS

WE NOW ACCEPT    

TAX ID NO. :  95-3996239                          (818) 783.5530

*Please detach bottom portion and return with payment.*

MITCHELL DUCEY, ESQ.
MICHELMAN & ROBINSON
15760 VENTURA BOULEVARD
SUITE 500
ENCINO, CA 91436

Invoice No.:  155392
Date        :  07/18/2007
**TOTAL  DUE  :**      240.01

Job No.    :  02-51505
Case No.   :  EDCV060593VAPOPX
INTERSTATE FIRE & CASUALTY VS. PACIF

Remit To:   **LUDWIG KLEIN REPORTERS & VIDEO, INC.**
            **10868 KLING STREET**
            **TOLUCA LAKE, CA 91602**

03784.0014

Exh   1   Pg.  2

# Hunter + Geist, Inc.

1900 Grant Street
Suite 800
Denver, CO 80203

Phone: (303) 832-5966   Fax: (303) 832-9525

Job #: 070709LC
Job Date: 07/09/2007
Order Date: 07/09/2007
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client: Plaintiff in Intervention

## Invoice

| | |
|---|---|
| Invoice #: | 54356 |
| Inv.Date: | 07/19/2007 |
| Balance: | $0.00 |

**Bill To:**
Lorne D. Lilienthal, Esq.
Michelman & Robinson, LLP
15760 Ventura Boulevard
Suite 500
Encino, CA 91436

Action: Interstate Fire & Casualty Company
vs
Pacific Employers Insurance Company
Action #: EDCV 06-0593 VAP
Rep: Lynnette L. Copenhaver
Cert:

| Item | Proceeding/Witness | Description | Amount |
|---|---|---|---|
| 1 | Teresa Donahoe | Appearance Fee - Hourly | $100.00 |
| 2 | Teresa Donahoe | Original Certified Transcript | $787.90 |
| 3 | Teresa Donahoe | E-Transcript | $15.00 |
| 4 | Teresa Donahoe | Minitranscript | $25.00 |
| 5 | Teresa Donahoe | Exhibits | $82.28 |

Comments:

Thank You For Your Business!

| | |
|---|---|
| Sub Total | $1,010.18 |
| Shipping | $0.00 |
| Tax | N/A |
| Total Invoice | $1,010.18 |
| Payment | $1,010.18 |
| Balance Due | $0.00 |

Federal Tax I.D.: 84-0835207      Terms: Net 30 Days @ 1.5%

Please KEEP THIS PART for YOUR RECORDS.
Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.

**Bill To:**  Internal File No: 01/01/1999
Lorne D. Lilienthal, Esq.
Michelman & Robinson, LLP
15760 Ventura Boulevard
Suite 500
Encino, CA 91436

**Deliver To:**
Lorne D. Lilienthal, Esq.
Michelman & Robinson, LLP
15760 Ventura Boulevard
Suite 500
Encino, CA 91436

## Invoice

Hunter + Geist, Inc.
1900 Grant Street
Suite 800
Denver, CO 80203

Phone: (303) 832-5966
Fax: (303) 832-9525

| | |
|---|---|
| Invoice #: | 54356 |
| Inv.Date: | 07/19/2007 |
| Balance: | $0.00 |
| Job #: | 070709LC |
| Job Date: | 07/09/2007 |
| DB Ref.#: | |
| Date of Loss: | / / |
| Your File #: | |

Exh 1  Pg. 3

# I N V O I C E

Digital Court Reporting & Video, LLC
1445 North Loop West, Suite 325
Houston, TX 77008
Phone:713.683.0401    Fax:713.683.8935

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 6323 | 8/3/2007 | 2223 |

| Job Date | Case No. |
|---|---|
| 7/20/2007 | |

| Case Name | |
|---|---|

INTERSTATE FIRE & CASUALTY VS PACIFIC EMPLOYER
INSURANCE COMPANY

| Payment Terms |
|---|

Due upon receipt

REC'D AUG 0 8 2007

Mitchell F. Ducey
Michelman & Robinson
15760 Ventura Blvd
Encino, CA 91436

| Certified Copy for the Deposition of: | | |
|---|---|---|
| Andrew Slear | | 819.00 |
| E-Transcript | 22.50 | 22.50 |
| Admin Fee (Signature Processing, Binding & Certification) | 80.00 | 80.00 |
| UPS | 18.17 | 18.17 |
| **TOTAL DUE  >>>** | | **$939.67** |

ENT'D AUG 0 6 2007

**Tax ID:** 20-5590437

*Please detach bottom portion and return with payment.*

Exh____1____Pg.__4__

**HUTCHINGS**
COURT REPORTERS, LLC
GLOBAL LEGAL SERVICES
800.697.3210
Fax: 323.888.6333
www.hutchings.com

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 420358 | 08/02/2007 | 02-165679 |

| JOB DATE | REPORTER(S) |
|---|---|
| 07/24/2007 | WOODBA |

**CASE CAPTION**

Mitchell F. Ducey
Michelman & Robinson, LLP
15760 Ventura Blvd., #500
Encino, CA 91436

REC'D AUG 0 8 2007

Interstate Fire & Casualty Co. v. Pacific Employers Ins. Co.

**TERMS**

Net 30

Original & One Certified Copy - Deposition of:
Baxter, Todd William
    Exhibits
    Rough Draft Service
    Handling Charge

966.57
103.20
116.00
55.00

TOTAL DUE  >>>>        **1,240.77**

AFTER 09/01/2007 PAY     1,364.85

LOCATION OF DEPO: Fresno, CA

ENT'D AUG 0 6 2007

TAX ID NO. : 95-2113145

*Please detach bottom portion and return with payment.*

Mitchell F. Ducey
Michelman & Robinson, LLP
15760 Ventura Blvd., #500
Encino, CA 91436

Invoice No.:   420358
Date        :  08/02/2007
TOTAL DUE   :    1,240.77
AFTER 9/1/2007 PAY : 1,364.85

Job No.   :  02-165679
Interstate Fire & Casualty Co. v. Pa

Remit To:   **Hutchings Court Reporters, LLC**
            **6055 E. Washington Blvd.**
            **8th Floor**
            **Los Angeles, CA 90040**

Exh____1__ Pg. 5