James P. Wagoner, # 058553
Todd W. Baxter, # 152212
Jack S. Fischer, # 171703
Paul J. Whitfield, # 241651
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA  93720-1501
Telephone:  (559) 433-1300
Facsimile:   (559) 433-2300
Email:         jim.wagoner@mccormickbarstow.com

Attorneys for Plaintiff and Defendant in Intervention
INTERSTATE FIRE & CASUALTY COMPANY,
an Illinois corporation,

(SPACE BELOW FOR FILING STAMP ONLY)

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| INTERSTATE FIRE & CASUALTY COMPANY, an Illinois corporation,<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC EMPLOYERS INSURANCE COMPANY, a Pennsylvania corporation,<br><br>Defendant.<br><br>REPUBLIC WESTERN INSURANCE COMPANY, an Arizona corporation,<br><br>Plaintiff in Intervention,<br><br>v.<br><br>INTERSTATE FIRE & CASUALTY COMPANY, an Illinois corporation; PACIFIC EMPLOYERS INSURANCE COMPANY, a Pennsylvania corporation,<br><br>Defendants in Intervention. | Case No.  EDCV06-0593 VAP (OPx)<br><br>**PLAINTIFF INTERSTATE FIRE & CASUALTY COMPANY'S RESPONSE TO REPUBLIC WESTERN INSURANCE COMPANY'S APPLICATION TO TAX COSTS**<br><br>Complaint Filed:  June 6, 2006<br>Trial Date: None<br>Judge: Hon. Virginia A. Phillips<br>Date: February 29, 2008 |

Plaintiff and Defendant in Intervention INTERSTATE FIRE & CASUALTY COMPANY ("INTERSTATE") hereby submits the following response to Plaintiff in Intervention REPUBLIC WESTERN INSURANCE COMPANY'S ("RWIC") Application to the Clerk to Tax Costs filed February 12, 2007.

## I. INTRODUCTION

The Court entered judgment in favor of RWIC on February 2, 2008 in the amount of $350,000 plus $52,920.00 in interest. Subsequently, on February 12, 2008, RWIC filed its application to tax costs in the amount of $4,689.73. On February 14, 2008, INTERSTATE filed motions to vacate the judgment in favor of RWIC and enforce a settlement agreement between the two parties. Those motions are set to be heard on March 10, 2008. As set forth below, INTERSTATE responds to RWIC's application to tax costs and requests that the clerk delay taxing costs until after the Court has heard INTERSTATE's motions to vacate the judgment and enforce the settlement.

## II. RESPONSE

INTERSTATE has no objection to the costs claimed by RWIC. However, in light of the motions to vacate the judgment and enforce the settlement agreement set for hearing on March 10, 2008, INTERSTATE requests that the Court, under its inherent authority, exercise its discretion to simply wait until after those motions have been resolved to tax costs. Such a delay would ensure that the judgment entered is in fact final prior to any costs being taxed, it would prevent any potential confusion resulting from costs being added to the judgment while a motion contesting the validity of that judgment is pending, and would do no harm to RWIC, the party applying to the Clerk for a taxation of costs.

## III. CONCLUSION

For the reasons stated above, INTERSTATE hereby requests that the Clerk

//

//

1  delay taxing costs until after the pending motions to vacate the judgment and
2  enforce the settlement agreement have been resolved.

   Dated:     February 22, 2008        McCORMICK, BARSTOW, SHEPPARD,
                                       WAYTE & CARRUTH LLP


                                       By: /s/ Paul J. Whitfield
                                           James P. Wagoner
                                           Todd W. Baxter
                                           Jack S. Fischer
                                           Paul J. Whitfield
                                           Attorneys for Plaintiff
                                           INTERSTATE FIRE & CASUALTY
                                           COMPANY, an Illinois corporation,

42395/00015-1193529.v1