| | |
|---|---|
| James P. Wagoner, # 058553<br>Todd W. Baxter, # 152212<br>Paul J. Whitfield, # 241651<br>McCormick, Barstow, Sheppard,<br>Wayte & Carruth LLP<br>P.O. Box 28912<br>5 River Park Place East<br>Fresno, CA  93720-1501<br>Telephone:  (559) 433-1300<br>Facsimile:   (559) 433-2300<br>Email:       jim.wagoner@mccormickbarstow.com | (SPACE BELOW FOR FILING STAMP ONLY) |

Attorneys for Plaintiff
INTERSTATE FIRE & CASUALTY COMPANY,
an Illinois corporation,

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| INTERSTATE FIRE & CASUALTY COMPANY, an Illinois corporation,<br><br>              Plaintiff,<br><br>     v.<br><br>PACIFIC EMPLOYERS INSURANCE COMPANY, a Pennsylvania corporation,<br><br>              Defendant.<br><br>REPUBLIC WESTERN INSURANCE COMPANY, an Arizona corporation,<br><br>              Plaintiff in Intervention,<br><br>     v.<br><br>INTERSTATE FIRE & CASUALTY COMPANY, an Illinois corporation; PACIFIC EMPLOYERS INSURANCE COMPANY, a Pennsylvania corporation,<br><br>              Defendants in Intervention. | Case No.  EDCV06-0593 VAP (OPx)<br><br>**PLAINTIFF INTERSTATE FIRE & CASUALTY COMPANY'S NOTICE OF MOTION AND MOTION TO RETAX COSTS**<br><br>Complaint Filed:  June 6, 2006<br>Trial Date: None<br>Judge:      Hon. Virginia A. Phillips<br><br>Date:       August 31, 2009<br>Time:       10:00 a.m.<br>Ctrm:       2<br><br>**[Filed concurrently with: Memorandum of Points and Authorities; Declaration of Todd W. Baxter]** |

PLAINTIFF INTERSTATE FIRE & CASUALTY COMPANY'S NOTICE OF MOTION AND MOTION TO RETAX COSTS

EDCV06-0593 VAP (OPx)

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff INTERSTATE FIRE & CASUALTY COMPANY ("INTERSTATE") will and hereby does move to retax the costs taxed by the clerk of the Court on July 31, 2009. The hearing on such motion will be held on August 31, 2009 at 10:00 a.m. in Courtroom 2 of the above-captioned Court, the Honorable Virginia A. Phillips presiding.

This motion to retax is made pursuant to Local Rule 54-9, on the grounds that $5,132.72 of these costs submitted by Defendant PACIFIC EMPLOYERS INSURANCE COMPANY are nonawardable under 28 U.S.C. § 1920.

This Motion is based on this Notice of Motion, the accompanying memorandum of points and authorities, the Declaration of Todd. W. Baxter, and on such oral and documentary evidence, argument and authorities as may be presented in reply and at the hearing regarding these matters.

Dated: August 7, 2009

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP


By: /s/ Todd W. Baxter
James P. Wagoner
Todd W. Baxter
Paul J. Whitfield
Attorneys for Plaintiff,
INTERSTATE FIRE & CASUALTY COMPANY

42395/00015-1430792.v1