James P. Wagoner, # 058553
Todd W. Baxter, # 152212
Paul J. Whitfield, # 241651
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA  93720-1501
Telephone:  (559) 433-1300
Facsimile:   (559) 433-2300
Email:        jim.wagoner@mccormickbarstow.com

Attorneys for Plaintiff
INTERSTATE FIRE & CASUALTY COMPANY,
an Illinois corporation,

(SPACE BELOW FOR FILING STAMP ONLY)

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| INTERSTATE FIRE & CASUALTY COMPANY, an Illinois corporation,<br><br>    Plaintiff,<br><br>v.<br><br>PACIFIC EMPLOYERS INSURANCE COMPANY, a Pennsylvania corporation,<br><br>    Defendant. | Case No.  EDCV06-0593 VAP (OPx)<br><br>**DECLARATION OF TODD W. BAXTER IN SUPPORT OF PLAINTIFF INTERSTATE FIRE & CASUALTY COMPANY'S MOTION TO RETAX COSTS**<br><br>Complaint Filed:  June 6, 2006<br>Trial Date: None<br>Judge:    Hon. Virginia A. Phillips |
| REPUBLIC WESTERN INSURANCE COMPANY, an Arizona corporation,<br><br>    Plaintiff in Intervention,<br><br>v.<br><br>INTERSTATE FIRE & CASUALTY COMPANY, an Illinois corporation; PACIFIC EMPLOYERS INSURANCE COMPANY, a Pennsylvania corporation,<br><br>    Defendants in Intervention. | Date:  August 31, 2009<br>Time:  10:00 a.m.<br>Ctrm:  2<br><br>**[Filed concurrently with: Notice of Motion; Memorandum of Points and Authorities]** |

I, Todd W. Baxter, declare as follows:

1. I am a member of the law firm of McCormick, Barstow, Sheppard, Wayte & Carruth LLP, counsel herein for Plaintiff Interstate Fire & Casualty Company. I have personal knowledge of the facts contained herein and if called to testify would and could do so competently.

2. Pacific Employers Insurance Company did not furnish Interstate Fire & Casualty Company or its counsel with the copies of any documents it obtained by subpoena from the law firm of Varner & Brandt.

3. Pacific Employers Insurance Company did not furnish Interstate Fire & Casualty Company or its counsel with the copies of any documents it obtained by subpoena from the law firm of Greene, Broillet & Wheeler.

4. To the best of my knowledge, Pacific Employers Insurance Company did not furnish the court with any of the documents it obtained by subpoena from Varner & Brandt and Greene, Broillet & Wheeler.

5. On July 31, 2007, I took the depositions of Charles Norris and Douglas Bell, persons most knowledgeable for Republic Western Insurance Company. Interstate Fire & Casualty Company's purpose for taking these depositions was tied to its defense of Republic Western Insurance Company's Complaint in Intervention. Counsel for Pacific Employers Insurance Company did not attend in person, appearing by telephone instead.

6. At the deposition of Douglas Bell, Pacific Employers Insurance Company's attorneys did not ask any questions.

7. On Monday, August 3, 2009, our office received email notification of the July 31, 2009 order taxing costs in the amount of $11,029.65. I was out of the office, however, on vacation until Tuesday afternoon, August 4, 2009 and was out of the office all day on Thursday, August 6, 2009. Following a review of our file and the ruling by the clerk of the court, it was decided that Interstate would file the motion to retax costs. In an attempt to meet and confer prior to the filing of the

1  motion, I contacted Pacific Employer's counsel Marilyn Rogers on Friday morning,
2  August 7, 2009, but learned that she was out of the office on vacation from July 27,
3  2009 through August 10, 2009.  Ms. Rogers has been my main contact on behalf of
4  Pacific Employers during this litigation.  I requested to speak with Ramiro Morales,
5  one of the other counsel for Pacific Employer's, however, he was not available.  I
6  left a message for Mr. Morales to call me back.  Prior to the filing of this motion, he
7  had not done so.
8      I declare under penalty of perjury that the foregoing is true and correct.
9      Executed on August 7, 2009.

                          /s/ Todd W. Baxter
                            Todd W. Baxter

42395/00015-1430772.v1