James P. Wagoner, # 058553
Todd W. Baxter, # 152212
Paul J. Whitfield, # 241651
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA 93720-1501
Telephone: (559) 433-1300
Facsimile: (559) 433-2300
Email: jim.wagoner@mccormickbarstow.com

(SPACE BELOW FOR FILING STAMP ONLY)

Attorneys for Plaintiff
INTERSTATE FIRE & CASUALTY COMPANY,
an Illinois corporation,

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| INTERSTATE FIRE & CASUALTY COMPANY, an Illinois corporation,<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC EMPLOYERS INSURANCE COMPANY, a Pennsylvania corporation,<br><br>Defendant.<br><br>REPUBLIC WESTERN INSURANCE COMPANY, an Arizona corporation,<br><br>Plaintiff in Intervention,<br><br>v.<br><br>INTERSTATE FIRE & CASUALTY COMPANY, an Illinois corporation; PACIFIC EMPLOYERS INSURANCE COMPANY, a Pennsylvania corporation,<br><br>Defendants in Intervention. | Case No. EDCV06-0593 VAP (OPx)<br><br>**DECLARATION OF PAUL J. WHITFIELD IN SUPPORT OF PLAINTIFF INTERSTATE FIRE & CASUALTY COMPANY'S REPLY TO PACIFIC EMPLOYER'S OPPOSITION TO MOTION TO RETAX COSTS**<br><br>Complaint Filed: June 6, 2006<br>Trial Date: None<br>Judge: Hon. Virginia A. Phillips<br>Date: August 31, 2009<br>Time: 10:00 a.m.<br>Ctrm: 2<br><br>**[Filed concurrently with: Reply of Interstate Fire & Casualty Co.]** |

I, Paul J. Whitfield, declare as follows:

1. I am a member of the law firm of McCormick, Barstow, Sheppard, Wayte & Carruth LLP, counsel herein for Plaintiff Interstate Fire & Casualty Company ("Interstate"). I have personal knowledge of the facts contained herein and if called to testify would and could do so competently.

2. In its opposition, PEIC states that it produced complaints from the underlying action that it obtained from the law firm of Verner & Brandt pursuant to a December 13, 2006 subpoena. In my role as counsel for Interstate, I submitted initial disclosures pursuant to Federal Rules of civil Procedure, Rule 26, on October 31, 2006 to Pacific Employers Insurance Company ("PEIC"). I have reviewed these Rule 26 initial disclosures again in preparation for the present motion. The Rule 26 initial disclosures contained copies of all the complaints in the actions underlying the present matter.

3. In its opposition, PEIC claims that it was required to attend the depositions of Charles Norris and Douglas Bell in order to defend itself against the claims alleged against it by Republic Western Insurance Company ("RWIC"). In the course of this matter, I reviewed a document setting forth a stipulation between PEIC and RWIC. According to this stipulation, PEIC and RWIC had agreed not to pursue claims against each other in the present action. The stipulation was dated prior to the July 31, 2007 depositions of Charles Norris and Douglas Bell.

4. I am familiar with the Court docket in this action. On October 31, 2008, according to the Court docket, subsequent to the Cross-Motions for Summary Judgment between Interstate and PEIC, and the Motion for Partial Summary Judgment filed by RWIC, RWIC dismissed PEIC with prejudice from the present action, again never pursuing any recovery from PEIC.

5. RWIC never filed a motion for summary judgment against PEIC, nor did it pursue the claims alleged against PEIC in its Complaint in Intervention in any other way.

1  I declare under penalty of perjury that the foregoing is true and correct.
2  Executed on August 24, 2009.

By: /s/ Paul J. Whitfield
    Paul J. Whitfield

42395/00015-1438366.v1

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
5 River Park Place East
Fresno, CA 93720-1501

3

DECL. OF PAUL J. WHITFIELD - INTERSTATE FIRE & CASUALTY CO.'S MOTION TO RETAX COSTS
EDCV06-0593 VAP (OPx)